## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 101 MM 2014
:
                Respondent       :
:
:
:
:
           v.            :
:
:
:
KEITH A. WALKER JR.,      :
:
                Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **DENIED**.